UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CARLOS BARAHONA,

                    Plaintiff,

   -against-

1325 PARKWAY ESTATES LLC,

                    Defendant.
-----------------------------------------------------------------------X

Case No.: 1:25-cv-01486
(OEM) (MMH)

**ANSWER**

Defendant 1325 PARKWAY ESTATES LLC, by their attorneys, MILBER MAKRIS PLOUSADIS & SEIDEN, LLP, as and for their Answer to the Complaint, alleges the following upon information and belief:

## NATURE OF THE CLAIM

1.      Avers that the allegations contained in Paragraph "1" of the Complaint constitute conclusions of law to which no response is required. To the extent that a response is deemed necessary, Defendant denies the allegations contained in Paragraph "1" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## JURISDICTION AND VENUE

2.      Avers that the allegations contained in Paragraph "2" of the Complaint constitute conclusions of law to which no response is required. To the extent that a response is deemed necessary, Defendant denies the allegations contained in Paragraph "2" of the Complaint and respectfully refer all questions of law to this Honorable Court.

3.      Avers that the allegations contained in Paragraph "3" of the Complaint constitute conclusions of law to which no response is required. To the extent that a response is deemed

necessary, Defendant denies the allegations contained in Paragraph "3" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## THE PARTIES

4.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4" of the Verified Complaint.

5.    Avers that the allegations contained in Paragraph "5" of the Complaint constitute conclusions of law to which no response is required. To the extent that a response is deemed necessary, Defendant denies the allegations contained in Paragraph "5" of the Complaint and respectfully refer all questions of law to this Honorable Court.

6.    Denies each and every allegation contained in Paragraph "6" of the Complaint, except admits that Defendant is a limited liability company.

7.    Denies each and every allegation contained in Paragraph "7" of the Complaint and respectfully refer all questions of law to this Honorable Court.

8.    Avers that the allegations contained in Paragraph "8" of the Complaint constitute conclusions of law to which no response is required. To the extent that a response is deemed necessary, Defendant denies the allegations contained in Paragraph "8" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## FACTS

9.    Denies each and every allegation contained in Paragraph "9" of the Complaint.

10.    Denies each and every allegation contained in Paragraph "10" of the Complaint and respectfully refer all questions of law to this Honorable Court.

11.    Denies each and every allegation contained in Paragraph "11" of the Complaint.

12.    Denies each and every allegation contained in Paragraph "12" of the Complaint.

13.    Denies each and every allegation contained in Paragraph "13" of the Complaint.

14.    Denies each and every allegation contained in Paragraph "14" of the Complaint.

15.    Denies each and every allegation contained in Paragraph "15" of the Complaint.

16.    Denies each and every allegation contained in Paragraph "16" of the Complaint.

17.    Denies each and every allegation contained in Paragraph "17" of the Complaint.

18.    Denies each and every allegation contained in Paragraph "18" of the Complaint.

19.    Denies each and every allegation contained in Paragraph "19" of the Complaint.

20.    Denies each and every allegation contained in Paragraph "20" of the Complaint.

21.    Denies each and every allegation contained in Paragraph "21" of the Complaint.

22.    Denies each and every allegation contained in Paragraph "22" of the Complaint.

23.    Denies each and every allegation contained in Paragraph "23" of the Complaint.

24.    Denies each and every allegation contained in Paragraph "24" of the Complaint.

25.    Denies each and every allegation contained in Paragraph "25" of the Complaint.

26.    Denies each and every allegation contained in Paragraph "26" of the Complaint.

27.    Denies each and every allegation contained in Paragraph "27" of the Complaint.

28.    Denies each and every allegation contained in Paragraph "28" of the Complaint.

29.    Denies each and every allegation contained in Paragraph "29" of the Complaint.

30.    Denies each and every allegation contained in Paragraph "30" of the Complaint.

31.    Denies each and every allegation contained in Paragraph "31" of the Complaint.

32.    Denies each and every allegation contained in Paragraph "32" of the Complaint.

33.    Denies each and every allegation contained in Paragraph "33" of the Complaint.

34.    Denies each and every allegation contained in Paragraph "34" of the Complaint.

35.    Denies each and every allegation contained in Paragraph "35" of the Complaint.

36.    Denies each and every allegation contained in Paragraph "36" of the Complaint and respectfully refer all questions of law to this Honorable Court.

37.    Denies each and every allegation contained in Paragraph "37" of the Complaint and respectfully refer all questions of law to this Honorable Court.

38.    Denies each and every allegation contained in Paragraph "38" of the Complaint and respectfully refer all questions of law to this Honorable Court.

39.    Denies each and every allegation contained in Paragraph "39" of the Complaint and respectfully refer all questions of law to this Honorable Court.

40.    Denies each and every allegation contained in Paragraph "40" of the Complaint and respectfully refer all questions of law to this Honorable Court.

41.    Denies each and every allegation contained in Paragraph "41" of the Complaint.

42.    Denies each and every allegation contained in Paragraph "42" of the Complaint and respectfully refer all questions of law to this Honorable Court.

43.    Denies each and every allegation contained in Paragraph "43" of the Complaint and respectfully refer all questions of law to this Honorable Court.

44.    Denies each and every allegation contained in Paragraph "44" of the Complaint and respectfully refer all questions of law to this Honorable Court.

45.    Denies each and every allegation contained in Paragraph "45" of the Complaint and respectfully refer all questions of law to this Honorable Court.

46.    Denies each and every allegation contained in Paragraph "46" of the Complaint and respectfully refer all questions of law to this Honorable Court.

47.    Denies each and every allegation contained in Paragraph "47" of the Complaint and respectfully refer all questions of law to this Honorable Court.

48.     Denies each and every allegation contained in Paragraph "48" of the Complaint and respectfully refer all questions of law to this Honorable Court.

49.     Denies each and every allegation contained in Paragraph "49" of the Complaint and respectfully refer all questions of law to this Honorable Court.

50.     Denies each and every allegation contained in Paragraph "50" of the Complaint and respectfully refer all questions of law to this Honorable Court.

51.     Denies each and every allegation contained in Paragraph "51" of the Complaint.

52.     Denies each and every allegation contained in Paragraph "52" of the Complaint.

53.     Denies each and every allegation contained in Paragraph "53" of the Complaint and respectfully refer all questions of law to this Honorable Court.

54.     Denies each and every allegation contained in Paragraph "54" of the Complaint and respectfully refer all questions of law to this Honorable Court.

55.     Denies each and every allegation contained in Paragraph "55" of the Complaint and respectfully refer all questions of law to this Honorable Court.

56.     Denies each and every allegation contained in Paragraph "56" of the Complaint and respectfully refer all questions of law to this Honorable Court.

57.     Denies each and every allegation contained in Paragraph "57" of the Complaint and respectfully refer all questions of law to this Honorable Court.

58.     Denies each and every allegation contained in Paragraph "58" of the Complaint and respectfully refer all questions of law to this Honorable Court.

59.     Denies each and every allegation contained in Paragraph "59" of the Complaint.

**FIRST CLAIM FOR RELIEF**
**(FAIR LABOR STANDARDS ACT – UNPAID OVERTIME WAGES)**

60.     As and for a response to the allegations contained in Paragraph "60" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "59" of the Complaint with the same force and effect as if fully set forth herein.

61.     Denies each and every allegation contained in Paragraph "61" of the Complaint and respectfully refer all questions of law to this Honorable Court.

62.     Denies each and every allegation contained in Paragraph "62" of the Complaint and respectfully refer all questions of law to this Honorable Court.

63.     Denies each and every allegation contained in Paragraph "63" of the Complaint and respectfully refer all questions of law to this Honorable Court.

64.     Denies each and every allegation contained in Paragraph "64" of the Complaint and respectfully refer all questions of law to this Honorable Court.

**SECOND CLAIM FOR RELIEF**
**(NEW YORK LABOR LAW – UNPAID OVERTIME WAGES)**

65.     As and for a response to the allegations contained in Paragraph "65" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "64" of the Complaint with the same force and effect as if fully set forth herein.

66.     Denies each and every allegation contained in Paragraph "66" of the Complaint and respectfully refer all questions of law to this Honorable Court.

67.     Denies each and every allegation contained in Paragraph "67" of the Complaint and respectfully refer all questions of law to this Honorable Court.

68.     Denies each and every allegation contained in Paragraph "68" of the Complaint and respectfully refer all questions of law to this Honorable Court.

69.     Denies each and every allegation contained in Paragraph "69" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## THIRD CLAIM FOR RELIEF
### (FAIR LABOR STANDARDS ACT – MINIMUM WAGES)

70.     As and for a response to the allegations contained in Paragraph "70" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "69" of the Complaint with the same force and effect as if fully set forth herein.

71.     Denies each and every allegation contained in Paragraph "71" of the Complaint and respectfully refer all questions of law to this Honorable Court.

72.     Denies each and every allegation contained in Paragraph "72" of the Complaint and respectfully refer all questions of law to this Honorable Court.

73.     Denies each and every allegation contained in Paragraph "73" of the Complaint and respectfully refer all questions of law to this Honorable Court.

74.     Denies each and every allegation contained in Paragraph "74" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## FOURTH CLAIM FOR RELIEF
### (NEW YORK LABOR LAW – MINIMUM WAGES)

75.     As and for a response to the allegations contained in Paragraph "75" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "74" of the Complaint with the same force and effect as if fully set forth herein.

76.    Denies each and every allegation contained in Paragraph "76" of the Complaint and respectfully refer all questions of law to this Honorable Court.

77.    Denies each and every allegation contained in Paragraph "77" of the Complaint and respectfully refer all questions of law to this Honorable Court.

78.    Denies each and every allegation contained in Paragraph "78" of the Complaint and respectfully refer all questions of law to this Honorable Court.

**FIFTH CLAIM FOR RELIEF**
**(NEW YORK LABOR LAW – FAILURE TO PAY TIMELY WAGES)**

79.    As and for a response to the allegations contained in Paragraph "79" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in paragraphs "1" through "78" of the Complaint with the same force and effect as if fully set forth herein.

80.    Denies each and every allegation contained in Paragraph "80" of the Complaint and respectfully refer all questions of law to this Honorable Court.

81.    Denies each and every allegation contained in Paragraph "81" of the Complaint and respectfully refer all questions of law to this Honorable Court.

82.    Denies each and every allegation contained in Paragraph "82" of the Complaint and respectfully refer all questions of law to this Honorable Court.

83.    Denies each and every allegation contained in Paragraph "83" of the Complaint and respectfully refer all questions of law to this Honorable Court.

84.    Denies each and every allegation contained in Paragraph "84" of the Complaint and respectfully refer all questions of law to this Honorable Court.

85.    Denies each and every allegation contained in Paragraph "85" of the Complaint

86.    Denies each and every allegation contained in Paragraph "86" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## SIXTH CLAIM FOR RELIEF
### (QUANTUM MERUIT)

87.    As and for a response to the allegations contained in Paragraph "87" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "86" of the Complaint with the same force and effect as if fully set forth herein.

88.    Denies each and every allegation contained in Paragraph "88" of the Complaint and respectfully refer all questions of law to this Honorable Court.

89.    Denies each and every allegation contained in Paragraph "89" of the Complaint and respectfully refer all questions of law to this Honorable Court.

90.    Denies each and every allegation contained in Paragraph "90" of the Complaint and respectfully refer all questions of law to this Honorable Court.

91.    Denies each and every allegation contained in Paragraph "91" of the Complaint and respectfully refer all questions of law to this Honorable Court.

92.    Denies each and every allegation contained in Paragraph "92" of the Complaint and respectfully refer all questions of law to this Honorable Court.

## SEVENTH CLAIM FOR RELIEF
### (UNJUST ENRICHMENT)

93.    As and for a response to the allegations contained in Paragraph "93" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "92" of the Complaint with the same force and effect as if fully set forth herein.

94. Denies each and every allegation contained in Paragraph "94" of the Complaint and respectfully refer all questions of law to this Honorable Court.

95. Denies each and every allegation contained in Paragraph "95" of the Complaint and respectfully refer all questions of law to this Honorable Court.

96. Denies each and every allegation contained in Paragraph "96" of the Complaint and respectfully refer all questions of law to this Honorable Court.

97. Denies each and every allegation contained in Paragraph "97" of the Complaint and respectfully refer all questions of law to this Honorable Court.

**EIGHTH CLAIM FOR RELIEF**
**(VIOLATION OF NEW YORK LABOR LAW §195(1))**

98. As and for a response to the allegations contained in Paragraph "98" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "97" of the Complaint with the same force and effect as if fully set forth herein.

99. Denies each and every allegation contained in Paragraph "99" of the Complaint and respectfully refer all questions of law to this Honorable Court.

100. Denies each and every allegation contained in Paragraph "100" of the Complaint and respectfully refer all questions of law to this Honorable Court.

**NINTH CLAIM FOR RELIEF**
**(VIOLATION OF NEW YORK LABOR LAW §195(3))**

101. As and for a response to the allegations contained in Paragraph "101" of the Complaint, Defendant repeats, reiterates and realleges each and every response to the allegations contained in Paragraphs "1" through "100" of the Complaint with the same force and effect as if fully set forth herein.

102.    Denies each and every allegation contained in Paragraph "102" of the Complaint and respectfully refer all questions of law to this Honorable Court.

103.    Denies each and every allegation contained in Paragraph "103" of the Complaint and respectfully refer all questions of law to this Honorable Court.

**AS AND TO THE "WHEREFORE CLAUSE"**

104.    Defendant denies each and every allegation set forth in the "Wherefore Clause" of Plaintiff's Complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

105.    Plaintiff fails, in whole or in part, to state a claim upon which relief may be granted or for which the damages sought can be awarded against Defendant.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

106.    Plaintiff's Complaint should be dismissed, in whole or in part, to the extent that it is barred by the applicable statutes of limitation or the failure to exhaust administrative remedies.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

107.    Plaintiff's claims are barred or should be reduced, in whole or in part, due to Plaintiff's failure to use such means as are reasonable under the circumstances to avoid or minimize the damages that they allege, mitigate the alleged damages, or avail themselves of preventative or remedial measures.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

108.    Plaintiff's claims may be barred to the extent the Plaintiff knowingly and intentionally did not complain of any alleged wage and hour violations to Defendant in bad faith to purposefully precipitate a claim.

11

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

109. Plaintiff's claim for damages are barred or limited by Defendant's good faith efforts to comply with applicable law and Plaintiff's Complaint cannot establish willful violation of the New York Labor Law and Fair Labor Standards Act.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

110. To the extent payments were made in good faith and in conformity with and in reliance on an administrative regulation, order, ruling, approval, interpretation, administrative practice, and/or enforcement policy of the United States Department of Labor and/or New York State Department of Labor, Defendant cannot be liable for relief or recovery

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

111. Plaintiff's claims are barred or should be reduced, in whole or in part, by exclusions, exceptions, credits, recoupment or offsets permissible under the New York Labor Law and Fair Labor Standards Act.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

112. Plaintiff's claims are barred, in whole or in part, under the doctrines of waiver, laches, estoppel, ratification, acquiescence, or unclean hands.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

113. Plaintiff's claims are barred, in whole or in part, under the doctrine of payment as Defendant has already tendered some or all of the payments claimed to be owed.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

114. Plaintiff's claims are barred, in whole or in part, under the Doctrine of Avoidable Consequences.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

115.    Plaintiff should be limited to the extent Plaintiff has failed to mitigate any of the damages alleged in the Complaint.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

116.    Plaintiff's claims are due to his own failure to conform to the obligations of an employee.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

117.    Plaintiff's claims are barred by the doctrine of abandonment.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

118.    Some of Plaintiff's claims are barred or limited, in whole or in part, by the doctrine of after-acquired evidence.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

119.    Plaintiff's claims, and each of them, brought on behalf of himself, are in whole or in part *de minimis*.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

120.    Plaintiff's claims, and each of them, brought on behalf of himself, would violate the procedural and substantive Due Process clauses of the state and federal Constitutions.

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

121.    Plaintiff's claims, and each of the causes of action, brought on behalf of himself, that seek the imposition of multiple penalties and/or exemplary damages for the same basic alleged wrongs are unconstitutional in that such relief violates the Due Process clauses of both federal and state Constitutions.

**AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE**

122.    Plaintiff is precluded from recovering any amounts from Defendant where Defendant has paid Plaintiff all sums legally due under the New York Minimum Wage Act, N.Y. Labor Law §§ 650 *et seq.*, Article 6 of the New York Labor Law, N.Y. Labor Law §§ 190 *et seq.*, and all of their implementing regulations (collectively "Applicable Law").

**AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE**

123.    Plaintiff's claims are barred in whole or in part to the extent that the work they performed falls within exemptions, exclusions, exemptions, or credits provided for in the Fair Labor Standards Act or New York Labor Law, and their implementing regulations.

**AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE**

124.    Some or all of Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE**

125.    Without waiving Plaintiff's burden to show the contrary, Defendant at all times, and in all manners, acted in accordance with any and all duties and obligations that they may have had under the laws, regulations and/or public policy of the United States, the State of New York, or otherwise.

**AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE**

126.    Plaintiff's own conduct caused, in whole or in part, whatever damages he may have suffered.

**AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE**

127.    Plaintiff's claims are frivolous and groundless and known to Plaintiff to be frivolous and groundless and without foundation in fact or law.

14

**AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE**

128.    Plaintiff does not have standing to maintain a cause of action against the Defendant.

**AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE**

129.    Insofar as Plaintiff's Complaint seeks damages against Defendant, the Complaint must be dismissed because Plaintiff has not sustained any damage.

**AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE**

130.    All actions taken by Defendant toward Plaintiff were lawful and made in good faith compliance with applicable provisions of all federal, state and local laws, rules and regulations.

**AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

131.    The relief Plaintiff requests is contrary to public policy and his claims are barred.

**AS AND FOR A TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

132.    To the extent payments were made in good faith and in conformity with and in reliance on an administrative regulation, order, ruling, approval, interpretation, administrative practice, and/or enforcement policy of the United States Department of Labor and/or New York State Department of Labor, Defendant cannot be liable for relief or recovery

**AS AND FOR A  TWENTY-NINTH AFFIRMATIVE DEFENSE**

133.    Defendant paid Plaintiff in full, the compensation owed for all hours worked.

**AS AND FOR A THIRTIETH AFFIRMATIVE DEFENSE**

134.    Defendant provided Plaintiff with all wage notices and statements required by law.

**AS AND FOR A THIRTY-FIRST AFFIRMATIVE DEFENSE**

135.    In the event Plaintiff demonstrates deficiencies in wage notices or statements that he received during his employment, damages are not recoverable for such alleged deficiencies under the Fair Labor Standards Act and/or New York Labor Law.

## AS AND FOR A THIRTY-SECOND AFFIRMATIVE DEFENSE

136. Defendant is not liable for any alleged underpayments resulting from alleged work time as to which Defendant was unaware and had no reason to be aware.

## AS AND FOR A THIRTY-THIRD AFFIRMATIVE DEFENSE

137. To the extent Defendant failed to comply with statutory notice/statement requirements, which is expressly denied and not admitted, any claims to recover damages for same are barred because they (i) made complete and timely payment of all wages due; and/or (ii) reasonably believed in good faith that they were not required to provide such notices and/or statements.

## AS AND FOR A THIRTY-FOURTH AFFIRMATIVE DEFENSE

138. The allegations of the Complaint are insufficient to entitle Plaintiff to an award of liquidated damages or attorneys' fees.

## AS AND FOR A THIRTY-FIFTH AFFIRMATIVE DEFENSE

139. Plaintiff fails to state a claim under New York Labor Law section 191 because no private right of action exists for alleged violations of New York Labor Law section 191.

## AS AND FOR A THIRTY-SIXTH AFFIRMATIVE DEFENSE

140. Plaintiff fails to state a claim under New York Labor Law section 191 to the extent Defendant paid their wages at a frequency authorized by the New York State Department of Labor.

## AS AND FOR A THIRTY-SEVENTH AFFIRMATIVE DEFENSE

141. In addition to the defenses stated above, Defendant reserves the right to assert any and all additional legal and/or equitable defenses that may become apparent during the course of discovery and/or trial.

WHEREFORE,  Defendant 1325 PARKWAY ESTATES LLC demands judgment:

(A)    Dismissing the Complaint;

(B)    Awarding them the costs and disbursements of this action; and

(C)    Awarding them such other and further relief that this Court may deem just and proper.

Dated: Woodbury, New York
        May 28, 2025

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

_____
John J. Byrnes, Esq.
Attorneys for Defendant
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
516-712-4000
Our File No.: 1282EP-27309
jbyrnes@milbermakris.com

TO:    David D. Barnhorn, Esq.
        ROMERO LAW GROUP PLLC
        Attorneys for Plaintiff
        490 Wheeler Road, Suite 277
        Hauppauge, New York 11788
        (631) 257-5588
        dbarnhorn@romerolawny.com